UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 4:12-cr-27 |
| vs. | ) | |
| | ) | |
| WILLIAM SCOTT CUNNINGHAM | ) | MATTICE/CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on August 21, 2012, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Terra Bay for the USA.
(2) The defendant, William Scott Cunningham.
(3) Attorney Chris Lanier for defendant.
(4) U.S. Probation Officer Doug Corn.
(5) Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Terra Bay called U.S. Probation Officer Doug Corn, who testified that the defendant violated his conditions of release by testing positive for methamphetamine. Based on the defendant's violation, the Court REVOKES his pretrial release supervision and ORDERS defendant DETAINED without bond.

SO ORDERED.

ENTER.

S/*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE